# United States Court of Appeals

**For the Seventh Circuit**
**Chicago, Illinois 60604**

June 8, 2018

*By the Court*:

No. 17-3163

PLANNED PARENTHOOD OF
INDIANA AND KENTUCKY, INC., *et al.*,

               *Plaintiffs-Appellees*,

    *v.*

COMMISSIONER OF THE INDIANA
STATE DEPARTMENT OF HEALTH, *et al.*,

               *Defendants-Appellants*.

Appeal from the United States District
Court for the Southern District of
Indiana, Indianapolis Division.

No. 1:16-cv-00763-TWP-DML

Tanya Walton Pratt,
*Judge.*

## O R D E R

Defendants-appellants have requested en banc review in this case limited to the question of the constitutionality of Ind. Code § 16-34-3-4, which regulates the disposal of fetal remains after an abortion or miscarriage. A majority of the judges in active service have voted to grant the state's petition. Accordingly, the petition for rehearing en banc is **GRANTED**. Part II.B of the panel's opinion of April 19, 2018, *Planned Parenthood of Ind. and Ky., Inc. v. Comm'r of the Ind. State Dept. of* Health, 888 F.3d 300, 307–10 (7th Cir. 2018), is **VACATED**, and the judgment is also **VACATED** insofar as it affirmed the district court's decision to enjoin enforcement of the fetal disposition statute. The court will set a date for the en banc oral argument by separate order.